UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:04-CV-1651CAS |
| v. ) | |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss his complaint without prejudice is **GRANTED. (Doc. 19.)**

**IT IS FURTHER ORDERED** that plaintiff's Complaint is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS FURTHER ORDERED** that in the event the case is refiled, dismissal is conditioned upon the payment of defendant of its costs and attorneys' fees. See Belle-Midwest v. Missouri Prop. & Cas. Ins. Guar. Ass., 56 F.3d 977, 978-79 (8th Cir. 1995).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 6th day of September, 2005.